No. 98–1946. FRANKLIN *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. 10th Cir. Certiorari denied.

No. 98–1947. JANDU *v.* NATIONAL SCIENCE FOUNDATION. C. A. 5th Cir. Certiorari denied.

No. 98–1948. ANGULO ALVAREZ ET AL. *v.* APONTE DE LA TORRE ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–1950. BOLINGER *v.* RIDGE, GOVERNOR OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–1951. FOROGLOU *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 98–1952. MARATHON OIL CO. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1953. FERGUSON *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1954. LOCAL UNION 1393, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO *v.* UTILITIES DISTRICT OF WESTERN INDIANA RURAL ELECTRIC MEMBERSHIP COOPERATIVE. C. A. 7th Cir. Certiorari denied.

No. 98–1955. WOJCIECHOWSKI *v.* WALT DISNEY CONCERT HALL No. 1 ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1956. JOHNSON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–1957. BENNETT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–1958. ACHEBE *v.* CHICAGO BOARD OF EDUCATION. C. A. 7th Cir. Certiorari denied.